John HAGENAAR; Shirley Hagenaar, Appellants,

v.

ANDREW COUNTY SHERIFF'S DE-PARTMENT; Gary Howard; Robert Elam; City of Savannah; Janet Hatcher; Ron Holliday, Appellees.

No. 07–3868.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 2, 2009.

Filed: Feb. 23, 2009.

John Hagenaar, Savannah, MO, pro se.

David S. Baker, Peter Maharry, Fisher, Patterson, Sayler & Smith, L.L.P., Overland Park, KS, for appellees Howard, Elam, and Andrew County Sheriff's Dept.

Bradley C. Nielsen, Jason B. Moore, Franke, Schultz & Mullen, P.C., Kansas City, MO, for appellees City of Savannah, Hatcher, and Holliday.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

John and Shirley Hagenaar appeal the district court's[1] dismissal of their complaint for lack of subject matter jurisdiction. Following careful de novo review, we conclude dismissal was proper because the Hagenaars failed to state a claim for relief against any named defendant. *See LeMay v. U.S. Postal Serv.,* 450 F.3d 797, 799 (8th Cir.2006) (standard of review); *Phipps v. FDIC,* 417 F.3d 1006, 1010 (8th Cir.2005)

(this court may affirm for any reason supported by record).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.